NUMBER 13-07-577-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE: PLACIDO GUERRA A/K/A CHITO GUERRA


____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Benavides


Per Curiam Memorandum Opinion (1)



 Relator, Placido Guerra a/k/a Chito Guerra, filed a petition for writ of mandamus in
the above cause on September 24, 2007. 

 The Court, having examined and fully considered the petition for writ of mandamus
and response thereto is of the opinion that relators have not shown themselves entitled to
the relief sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex. R.
App. P. 52.8(a). 


 PER CURIAM

Memorandum Opinion delivered and filed

this 12th day of October, 2007. 
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).